CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN BALLANCE, | CASE NO. 7:15CV00645 |
| Plaintiff, | |
| v. | FINAL ORDER |
| HAROLD CLARKE, ET AL., | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

As follows:

1. Plaintiff's motion to compel and motion for summary judgment (ECF Nos. 60 and 61) are **DENIED**;

2. Defendants' motion for summary judgment (ECF No 55) is **GRANTED**; and

3. The clerk shall **STRIKE** the matter from the active docket of the court.

**ENTER:** This 28th day of March, 2017.

_____
Chief United States District Judge